**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: RANDY KOPF,<br><br>               Debtor(s). | Case No. 17-14812MDC13<br><br>Chapter 13 |

**ORDER APPROVING APPLICATION FOR COMPENSATION**

     **AND NOW**, this __22nd__ day of ____January____, 201_8_, upon consideration of the Application for Compensation, it is

     **ORDERED and DECREED** that counsel fees in the amount of **$4,059.00** are approved and the balance due to counsel in the amount of **$3,059.00** shall be disbursed in accordance with the Chapter 13 plan.

                                             BY THE COURT

                                             _/s/ Magdeline D. Coleman_
                                             HON. MAGDELINE D. COLEMAN
                                             UNITED STATES BANKRUPTCY JUDGE

CIBIK & CATALDO, P.C.
Counsel for Debtor(s)
1500 Walnut St Ste 900
Philadelphia, PA  19102
ecf@ccpclaw.com

WILLIAM C. MILLER, ESQ.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA  19105
ecfemails@ph13trustee.com

RANDY KOPF
Debtor(s)
300 Byberry Road
Philadelphia, PA  19116