United States Bankruptcy Court
Eastern District of Pennsylvania

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 17-14812-mdc
Randy L. Kopf　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　　Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2　　　　User: DonnaR　　　　　　　Page 1 of 1　　　　　　　Date Rcvd: Jan 22, 2018
　　　　　　　　　　　　　　Form ID: pdf900　　　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2018.
db　　　　　　+Randy L. Kopf,    300 Byberry Road,    Unit 217,    Philadelphia, PA 19116-1944

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2018　　　　　　　　　　　　　　　　Signature:　  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2018 at the address(es) listed below:
　　　　　　MATTEO SAMUEL WEINER    on behalf of Creditor    PNC Bank National Association
　　　　　　 bkgroup@kmllawgroup.com
　　　　　　MICHAEL A. CATALDO2    on behalf of Debtor Randy L. Kopf ecf@ccpclaw.com,
　　　　　　 cataldomr70146@notify.bestcase.com
　　　　　　MICHAEL A. CIBIK2    on behalf of Debtor Randy L. Kopf ecf@ccpclaw.com,
　　　　　　 cibikmr70146@notify.bestcase.com
　　　　　　United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
　　　　　　WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: RANDY KOPF,<br><br>　　　　　　　Debtor(s). | Case No. 17-14812MDC13<br><br>Chapter 13 |

**ORDER APPROVING APPLICATION FOR COMPENSATION**

**AND NOW**, this __22nd__ day of ____January____, 201_8_, upon consideration of the Application for Compensation, it is

**ORDERED and DECREED** that counsel fees in the amount of **$4,059.00** are approved and the balance due to counsel in the amount of **$3,059.00** shall be disbursed in accordance with the Chapter 13 plan.

BY THE COURT

_Magdeline D. Coleman_
_____
HON. MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

CIBIK & CATALDO, P.C.
Counsel for Debtor(s)
1500 Walnut St Ste 900
Philadelphia, PA  19102
ecf@ccpclaw.com

WILLIAM C. MILLER, ESQ.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA  19105
ecfemails@ph13trustee.com

RANDY KOPF
Debtor(s)
300 Byberry Road
Philadelphia, PA  19116