Certificate Number: 16339-PAE-DE-036809478

Bankruptcy Case Number: 17-14812



16339-PAE-DE-036809478

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 6, 2022</u>, at <u>11:03</u> o'clock <u>AM EDT</u>, <u>Randy Kopf</u> completed a course on personal financial management given <u>by telephone</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  September 6, 2022             By:   /s/Kelley Tipton

                                     Name: Kelley Tipton

                                     Title: Certified Financial Counselor