United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   Case No. 17-14812-mdc
Randy L. Kopf   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Oct 06, 2022      Form ID: 138OBJ      Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Randy L. Kopf, 300 Byberry Road, Unit 217, Philadelphia, PA 19116-1944 |
| 13952291 | + | Glen Ross, Esquire, 566 S. Bethleham Pike, Fort Washington, PA 19034-2108 |
| 13965032 | + | Matteo S. Weiner, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13952293 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 13956602 | + | STONEBRIDGE CONDOMINIUM ASSOCIATION, C/o GLENN M. ROSS PC, 566 S. BETHLEHEM PIKE, FORT WASHINGTON,, PA 19034-2108 |
| 13952295 | + | Stronebridge Condo Assoc, c/o Wise Management Co., 453 Baltimore Pike, 2nd Floor, Springfield, PA 19064-3850 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 07 2022 00:00:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 07 2022 00:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13952283 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Oct 07 2022 00:00:00 | Berks Credit & Collections, PO Box 329, Temple, PA 19560-0329 |
| 13952286 | | Email/Text: megan.harper@phila.gov | Oct 07 2022 00:00:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 13952287 | | Email/Text: megan.harper@phila.gov | Oct 07 2022 00:00:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 13952284 | + | Email/Text: ecf@ccpclaw.com | Oct 07 2022 00:00:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 13952288 | + | Email/Text: csd1clientservices@cboflanc.com | Oct 07 2022 00:00:00 | Credit Bureau of Lancaster County, Inc, PO Box 1271, Lancaster, PA 17608-1271 |
| 13952289 | ^ | MEBN | Oct 06 2022 23:59:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 13952290 | ^ | MEBN | Oct 06 2022 23:59:02 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 13952292 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 07 2022 00:00:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13994641 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2022 00:06:48 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14003150 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 07 2022 00:00:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, |

| Recip ID | Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| | | | OH 45342 |
| 13952294 | Email/Text: Bankruptcy.Notices@pnc.com | Oct 07 2022 00:00:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 13994642 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2022 00:06:59 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Soaring Capital,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13952296 | Email/Text: DASPUBREC@transunion.com | Oct 07 2022 00:00:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13952285 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2022        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com |
| MICHAEL A. CIBIK | on behalf of Debtor Randy L. Kopf mail@cibiklaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Randy L. Kopf
       Debtor(s)                          Case No: 17−14812−mdc
                                                      Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                          900 Market Street
                             Suite 400
                        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/6/22